ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.,
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendants*
*Desert Ready Mix, LLC and Jim Chico*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FERNANDO MADERA,<br><br>              Plaintiff,<br><br>vs.<br><br>DESERT READY MIX, LLC., a Nevada limited liability corporation; JIM CHICO,<br><br>              Defendants. | Case No.:   3:22-cv-00255-RCJ-CLB<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO FILE RESPONSIVE PLEADING**<br>**(Second Request)** |

    Defendant Desert Ready Mix, LLC and Jim Chico (collectively referred to as "Defendants"), by and through their counsel of record, ANTHONY HALL and JONATHAN McGUIRE of SIMONS HALL JOHNSTON, and Plaintiff FERNANDO MADERA, ("Plaintiff") by and through his counsel of record, ALEXANDER CHERUP and DAVID OLSHAN of NEVADA LEGAL SERVICES, INC. hereby stipulate and agree to extend the deadline for Defendants to file their responsive pleading.  The response, currently due on July 21, 2022, will be extended by one (1) week to and including **July 28, 2022**.

///

This is the parties second request for an extension for Defendants to respond to Plaintiff's Complaint and is made in good faith and not for the purpose of delay. Counsel for Defendants has unexpectedly been required to oppose a petition for injunctive relief brought pursuant to 29 U.S.C. §160(j) on a motion to expedite, which has prevented counsel for Defendants from dedicating the time required to a responsive pleading in this case.

DATED: July 19th, 2022

NEVADA LEGAL SERVICES, INC.

/s/ David Olshan
Alexander Cherup, Esq.
David Olshan, Esq.
240 Marsh Avenue, Suite 101
Reno, Nevada 89509
(775) 284-3491 ext 340
acherup@nevadalegalservices.org

DATED: July 19th, 2022

SIMONS HALL JOHNSTON PC

/s/ Jonathan A. McGuire
Anthony L. Hall, Esq.
Jonathan A. McGuire, Esq.
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
AHall@SHJNevada.com
JMcGuire@SHJNevada.com
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

Dated: July 20, 2022

_____
UNITED STATES MAGISTRATE JUDGE